1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HYDE & SWIGART
San Diego, California

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joan M. Applewhite<br><br>     Plaintiff,<br><br>v.<br><br>Anaya Law Group, A Professional Corporation,<br><br>     Defendant. | Case No: 5:14-cv-00385-JGB-SP<br><br>**JUDGMENT**<br><br>Hon. Jesus G. Bernal |

Based on Defendant's Offer of Judgment pursuant to Fed.R.Civ.P. 68, and Plaintiff's timely acceptance of said offer:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Plaintiff, Joan M. Applewhite, against Defendant Anaya Law Group, A Professional Corporation, in the amount of $1,001.00 in statutory damages with reasonable attorneys fees and costs as determined by the court.

Dated: December 14, 2015

HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE

HYDE & SWIGART
San Diego, California

JUDGMENT                            - 1 of 3 -                    5:14-cv-00385-JGB-SP