UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-385-JGB (SPx) | Date | April 26, 2016 |
|---|---|---|---|
| Title | JOAN M. APPLEWHITE v. ANAYA LAW GROUP | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:

**Proceedings:**   **(In Chambers) Order to Show Cause Why Order for Judgment Debtor Examination of Alana Anaya Should Not Be Vacated**

On April 18, 2016, the court granted plaintiff's application to examine Alana B. Anaya regarding enforcement of the judgment in this case. That application indicated Alana Anaya is a judgment debtor in this case. But as defendant pointed out in an objection filed on April 21, 2016, Alana Anaya is not a judgment debtor. Rather, the judgment is solely against defendant Anaya Law Group. Docket no. 74.

Accordingly, plaintiff is ordered to show cause on or before **April 29, 2016** why the order for a judgment debtor examination of Alana Anaya should not be vacated. Absent a satisfactory response by that date, the court will vacate the order.

Plaintiff may also submit an application for an examination of a third person regarding enforcement of the judgment, but any such application must be supported by an affidavit as required by California Code of Civil Procedure §§ 491.110 and 708.120.